IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 6:20-cr-15 |
| ALISA DUDLEY BROWN, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on a Motion from Defendant requesting early termination of her supervised release.  (Doc. 45)   The United States has responded and opposes Defendant's Motion.  (Doc. 46.)   After careful consideration of the Motion and the Response, the Court **DENIES** Defendant's Motion.

**SO ORDERED**, this 12th day of August, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA